**Pablo C. YRACHETA, Claimant–
Appellant,**

v.

**Gordon H. MANSFIELD, Acting
Secretary of Veterans Affairs,
Respondent–Appellee.**

No. 2007–7066.

United States Court of Appeals,
Federal Circuit.

Oct. 18, 2007.

Victor M. Valdes, Law Offices of Victor M. Valdes, of San Antonio, TX, argued for claimant-appellant.

Martin F. Hockey, Jr., Assistant Director, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. On the brief were Peter D. Keisler, Acting Attorney General, Jeanne E. Davidson, Director, Kathryn A. Bleecker, Assistant Director, and Robert C. Bigler, Trial Attorney. Of counsel on the brief were David J. Barrans, Deputy Assistant General Counsel, and Y. Ken Lee, Attorney, United States Department of Veterans Affairs, of Washington, DC. Of counsel were Gregory T. Jaeger, United States Department of Justice, of Washington, DC, and Michelle D. Bernstein, United States Department of Veterans Affairs, of Washington, DC.

Before NEWMAN, RADER, and DYK, Circuit Judges.

**JUDGMENT**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED: *AFFIRMED.* *See* Fed. Cir. R. 36